**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Shawn M. Frederick-Beers | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-13310 |

**ORDER**

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated May 28, 2019, this case is hereby DISMISSED.

**Date: June 10, 2019**

_____
ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:
Atty Disclosure Statement
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income
and Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2

bfmisdoc elf (1/22/15)