United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13310-elf
Shawn M. Frederick-Beers                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: JEGilmore          Page 1 of 2              Date Rcvd: Jun 11, 2019
                              Form ID: pdf900          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
db           +Shawn M. Frederick-Beers,    6520 1st Avenue,    Allentown, PA 18106-9301
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14330607    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:    BANK OF AMERICA,     PO Box 982238,    EL PASO, TX 79998)
14330604      CSC Credit Services,    Box 740040,    Atlanta, GA 30374-0040
14330605     +Equifax Information Services LLC,     P.O. Box 740256,    Atlanta, GA 30374-0256
14330602     +Experian,    Business Information Services,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
14330609     +FINANCIAL RECOVERIES,    200 EAST PARK DR STE 100PO BOX 1388,     MT LAUREL, NJ 08054-1297
14330610     +Gregory Beers,    6520 1st Avenue,    Allentown, PA 18106-9301
14330611     +JH PORTFOLIO DEBT EQUITIY,    5757 PHANTOM DRIVESUITE 225,    HAZELWOOD, MO 63042-2429
14330613     +LVNV FUNDING LLC,    C/O RESURGENT CAPITAL SERVICES,    PO BOX 126,    GREENVILLE, SC 29602-0126
14330615     +M & T BANK MORTGAGES,    PO BOX 900,    MILLSBORO, DE 19966-0900
14333441     +M&T Bank,    P.O. Box 1508,    Buffalo, NY 14240-1508
14335932     +M&T Bank c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    701 Market Street,
               Suite 5000,    Philadelphia, PA 19106-1541
14330616     +Michael T. McKeever, Esquire,    Mellon Independence Center,    701 Market Street Suite 5000,
               Philadelphia, PA 19106-1541
14330618      SEARS/CBNA,    PO BOX 6282,    SIOUX FALLS, SD 57117-6282
14330603     +Trans Union,    P.O. Box 1000,    Chester, PA 19016-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 12 2019 02:37:51
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA   17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 12 2019 02:38:03      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2019 02:42:34      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14330608     +E-mail/Text: bankruptcy@cavps.com Jun 12 2019 02:38:02      CAVALRY PORTFOLIO SVCS,
               500 SUMMIT LAKE DRSTE 4A,    VALHALLA, NY 10595-2323
14337354     +E-mail/Text: bankruptcy@cavps.com Jun 12 2019 02:38:03      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14330606     +Fax: 602-659-2196 Jun 12 2019 04:10:38      Chex Systems Inc.,    ATTN: Customer Relations,
               7805 Hudson Rd,    Suite 100,    Woodbury, MN 55125-1703
14330612     +E-mail/Text: bncnotices@becket-lee.com Jun 12 2019 02:37:45      KOHLS DEPARTMENT STORE,
               PO BOX 3115,    MILWAUKEE, WI 53201-3115
14338128      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 12 2019 02:42:26      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14330614      E-mail/Text: camanagement@mtb.com Jun 12 2019 02:37:47      M & T BANK,    PO BOX 900,
               MILLSBORO, DE 19966
14330617     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 12 2019 02:37:57      MIDLAND FUNDING LLC,
               2365 NORTHSIDE DRIVESUITE 300,    SAN DIEGO, CA 92108-2709
14330619      E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2019 02:42:25      SYNCB/AMERICAN EAGLE PLCC,
               PO BOX 965005,    ORLANDO, FL 32896-5055
14330620      E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2019 02:42:16      SYNCB/JC PENNEY,    PO BOX 965007,
               ORLANDO, FL 32896-5007
14331664     +E-mail/PDF: gecsedi@recoverycorp.com Jun 12 2019 02:42:35      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14336737*    +M & T Bank,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: JEGilmore            Page 2 of 2                Date Rcvd: Jun 11, 2019
                              Form ID: pdf900            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:
              GEORGE M. LUTZ    on behalf of Debtor Shawn M. Frederick-Beers glutz@hvmllaw.com,
               amerkey@hvmllaw.com;r49419@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Shawn M. Frederick-Beers | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-13310 |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated May 28, 2019, this case is hereby DISMISSED.

**Date: June 10, 2019**

_____
ERIC L. FRANK
United States Bankruptcy Judge

Missing Documents:
Atty Disclosure Statement
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income
and Calculation of Commitment Period Form 122C-1
Means Test Calculation Form 122C-2

bfmisdoc elf (1/22/15)